ORIGINAL

UNITED STATES DESTRICT COURT
EASTERN DESTRICT OF NEW YORK
-----------------------------------------------------------X
LIJUN MENG,
                          Plaintiff,
             - against -

JOHN DOE #1(SERGEANT),
JOHN DOE #2(FEMAL OFFICER),
FLORIN COSTE, JOHN DOE #3,
                          Defendants,
-----------------------------------------------------------X

CV 16 COMPLAINT 01703

DeARCY HALL, J

RECEIVED
APR 7 - 2016
PRO SE OFFICE

ORENSTEIN, M.J.

1. Parties:

Plaintiff LIJUN MENG, resides at 112 Bowery, #1745 New York, New York 10013.

Defendant JOHN DOE #1, employed as a police sergeant at the 62 PRECINCT 1925

Bath Ave Brooklyn, NY 11214

Defendant JOHN DOE #2, employed as a police officer (Female) at the 62

PRECINCT 1925 Bath Ave Brooklyn, NY 11214

Defendant FLORIN COSTE, employed as a police officer at the 62 PRECINCT 1925

Bath Ave Brooklyn, NY 11214

Defendant JOHN DOE #3, employed as a police officer at the 62 PRECINCT 1925

Bath Ave Brooklyn, NY 11214

2. LIJUN MENG was falsely and maliciously arrested by the Defendants that are

violated of Plaintiff's civil rights protected under 42 U.S.C § 1983, the plaintiff LIJUN MENG

experienced humiliation and physical abuse personal insults during her arrests and that the

actions taken against her violated her Constitutional Rights.

3. Plaintiff LIJUN MENG rent a room in 240 Ave P 2nd fl. Brooklyn NY, From April 1,

2015 but not live in until June 30, 2015. Mean time the only person she has meet/talked couple

of times was ZHENG, XUE who was live in for quite a while. At May 10, 2015 because Miss.

1

ZHENG forcibly occupy Wi-Fi(owns by landlord) infringe plaintiff's rights (free Wi-Fi included in the rent) by change password and blocked her out...the plaintiff came front of her talk out the fact in front of the others she's shamed into anger she grabbed my hair start to beats/scratching... see (Exhibit 1) the pictures #6#7#8#9#10 done by her, then her boyfriend "surprise attacked" me and knocked me out... see (Exhibit 1) the pictures #1#2#3#4#5 done by him... when I woke up saw back of a man walking away I was extremely shocked who/where the guy come from I can't even put them together and that caused losing memories and hearing problem for period of time then I called 911 I can't even give the right address... see attached "The fact"(Exhibit 2-1).

4. At about 7:30 pm May 10, 2015 the officers came who asked I don't remember but I answered: Wi-Fi then just by subjective consciousness and saw my "bloody lip" and scratch on my chest and totally destroyed T-shirt, so they(JOHN DOE #1 JOHN DOE #2 FLORIN COSTE) must "find something" on her in order to put me in to jail becoming their mission, they taking a side right of the beginning, they scrambled to crowd to her room for quite awhile then made the false report(Exhibit 2-2), left JOHN DOE #3 and I think there is another officer but I don't remember to chat with me even make joke over my suffering I said my back and neck pain... JOHN DOE #3 said I need massage... that makes me sad so I lowered eyelids for a while... and the emergency guy give me a bag of ice tell me to put in my neck/back...

I don't even know there is a female officer JOHN DOE #2 until she came out and point her (Miss ZHENG) and told everybody: she has a "scratch" on her left shoulder Unfortunately it (should be called "rub mark" it came from I pushing her back try to keep her left hand off of me) gone so soon. Then she told me to go to my room then told me to change cloth, why? She says something like you come with us or something that I understand that I am arrest too... I am the one who called the 911 for help... but... Jail is so cold I don't know I only wore short silk stuff

2

and slipper for summer and Miss ZHENG wore thicker clothes and shoes for the winter (she seems experienced)... and if JOHN DOE #2 took just a peek of me... (In Court's bathroom with dark lights can took 10 pictures my room with big window good lights...) but nobody ask do investigation or check me but trying find non-exist injury on her... I don't want to recall those scenes, subconscious refused avoid the fact for the past almost 11 month ... but now I had to.

When we were out, the every neighbors out there look at me I have never shamed and Humiliated in my entire life I was almost beaten to death the face swollen and may be crooked too and handcuffed... how could they do that without any consideration of objective fact regardless on physically theoretically wouldn't be fit there's no way she can "pull my hair push me on the ground" see (Exhibit 2-2) police report...I am over 140 lb. and she about 40lb less I am much taller bigger strong than her and I am a life and I practice qi gong I use qi gong to reduce the pain and re-heal myself I don't take any pills or anything for over 20yers that why I don't want to go to hospital... in the jail my eyes not even close for a minute all night I don't even know why I've been arrested ... I still felt the shame it's doesn't matter that I am out it's matters that I was in there... I have to swallow it... I never look/talk to no one after I moved in, I can't lift up heads I had a smirch I keep so clean in my whole life... I watch myself every steps... but now... it's nightmare but continues... I have to face it recall the horrible moment and the details.

When I get inside of car I saw the "Guy" outside play his phone I told JOHN DOE #1 it's him who beats me, he said you didn't. I told 911 it's a guy who beats me I didn't know have to repeat nobody ask me, "You can't report, you didn't see his face". Yes I never saw him before in my life but he is only man in the house first and second the body shape I saw... and he has relationship with her and they (officers) are all with him in her room... then he called him

3

getting closer then chat with him like friends, my heart is getting cold and sinking… the house is only few minutes away from the 62 PRECINCT but it seems took couple of hours to get there… the road is clear but the driver FLORIN COSTE who's working on the computer whole this time like Cow car bumps they finally found a women who been arrested before on some corner then chat with her for quite awhile…they all knew my back pain and my neck and handcuffed deeply cuffed my sink too… is painful to recall, that's my punishment for what I was asking… in their jail they saw the "Guy" sending food & water to both of us they knew it was wrong and even after the day 5/11/2015 I went back to get my keys the JOHN DOE #1 still told me "can't report" even saw my horrible arm with the other woman officer in the office. After I received the police report I went to 62 precincts 3 following days (I forgot exact the date) looking for the person name (FLORIN COSTE) on Report want to give to him "The fact" that I wrote particularly for what he wrote in report but unlucky 3 times later I give up.

   This is not simple mistake but malpractice, if it was there's many times to correct and I ask for it too but JOHN DOE #1 wouldn't let me deliberately let go of "criminal"… I have many chances to catch that "Guy" if he let me report but… is JOHN DOE #1 Ruined my hopes to get justice the nightmare going to be continues I can't even get my medical bills reimbursed (Exhibit 3). He even asked me after I back to their office to pick up the key or looking for FLORIN COSTE I forgot: "are you guys talking yet?" I was Phenomenal men can answer: my god what you know!? My life is totally destroyed by all of the Defendants first I've been blast beaten attacked almost dead in the most safe place-Home for no reason can really talk about then I called the people who I trust the most then what they bring to me the disaster, put me in to the jail instead… I don't even have the right to report … my life has changed forever; sense of security is gone… I can't eat will can't sleep day after the day from it happen. I called 911

because I am in danger when they came I felt safe smiling to them… now the smile is gone… the plaintiff deeply emotionally injured by the Defendants.

5. Remedy. Plaintiff LIJUN MENG Suffered serious personal injuries and severe emotional sufferings from the aforesaid acts by all of the Defendants. It affected her normal activities and constituted a violation of her civil rights and caused lack of sleep, headaches, nervousness, emotional pain and suffering and has in the past and will continue in the foreseeable future all to her detriment, loss and damages of $1.1 Million Dollars.

WHEREFORE, Plaintiff demands judgment against the Defendants as follows:

For all the Causes of Action, compensatory and punitive damages from each individual Defendant listed below:

a. JOHN DOE #1 $500.000.00
b. JOHN DOE #2 $300.000.00
c. FLORIN COSTE $200.000.00
d. JOHN DOE #3 $100.000.00

Total of $1.1 Million Dollars, plus interest from May 10, 2015.

For such other and further relief as this Court may deem just and proper.

New York, New York

April 7 , 2016

Respectfully submitted,

LIJUN MENG

*Pro Se*
112 Bowery, #1745
New York, NY 10013
Phone: (917)-783-2007

5

# Exhibit 1

## Statement of Pictures:

Those pictures are copies I don't know how many times not so realistic the color and the "white" all over I will request the original from my previous lawyer.

The Pictures are took by the lady who seats in behind the computer of the Court in May 11, 2015 that day we've been just took out from jail before to see the judge, my lawyer-Jacob Rolls asked her to help taken with bathroom background of the Court.

LIJUN MENG





#2

#3







#6



#7



#8



#9



#10

# Exhibit 2

**Statement of "The fact"**

"The fact" that I wrote was I just received "police report" I don't remember exactly date; I saw the "portion" of police report (I can't read them all the emotions affects me) I knew it wasn't true so I printed out. especially went to 62 precinct looking for the officers name FLORIN COSTE who was on report to showing him that he was wrong unlucky never find him 3 time after I give up.

LIJUN MENG

The fact:

Regarding to the officer report I have no idea where they come from I think is necessary start from the beginning: I moved my stuff in on April 1 till May 10 only 40days and I haven't even **one** night sleep over there(I don't have pillow and coversheets the female officer went my room) the whole month of April I'm there 10 times or less and only at noon stay in about 1 hour (house has **camera** can prove it)on PC/nap or get snack I brought in and threw out my own garbage I never cook(don't have Cooking utensils) she the only one I met and see in the house(every time I'm there) whole month we speak nicely at the first day I'm in I told her my name asked her's. just this month (the 10 days )I came at weekend I met two other girls and don't even have chance to know the names just say "HI" and just this week I stay longer less 2 hours but do the same thing-pc-nap-snack. if **harassment/assault** I don't know how its happen I don't have time to talk( my time is limited, have to go) my room in the front her room in the back(there's huge square living and big kitchen and big full bath in between) I don't have anything outside in kitchen or somewhere beside my room I went kitchen most two times first when coming in get fruit or yogurt(just this 2weeks) to eat then wash spoon before I leave and the other hand I rent a place to live (I can't sleep there right away all my stuff are over there) is not to harass somebody what for? we don't know each other before in fact she harass me I was sleeping Awakened (couple times) by her makes huge sound like somebody hack the frozen pork then after I went to kitchen is no cooking nothing (I don't even have things to make sounds) and slam doors often (my door doesn't have sound). Actually she wants **Power** control overbearing, the only **one thing** I do and use in there is internet and she doesn't let me to use have to "ask" her...

At **May 10** because she changed the network (its own by landlord lives downstairs) password without permission and even worse she **block me** I come front of her expose the truly fact in front of the other roommate : you have no right to do that it's not yours it belongs to landlady if you want to change should let the landlady know first... the landlady was with me try to figure it out why it doesn't work... then even worse you blocked me out I can't even find the network from my pc and phone... have to ask you, why should I ask you to beg you... let you to control me who are you... you are not the landlord put you self in right position you are just a tenant like us... she grabbed my hair pull my head down and left hand beat Scratch tears my T-shirt I don't even fight back only thing I did was push her left shoulder back my left hand hold phone the entire time (she's wore two layers sweater the only "scratch "on her left shoulder if it exist it come from when I pushing her back) then the big hit like raindrop from **left** side of my head down to the waist next thing I know I was on floor... then I saw the back of a men walking away... then I call 911 I told is a guy beats me... I can't even tell the address clearly my head is empty shocked...: where is the guy come from? (The landlady told me not one may two three times: **no men even the son**) and she's continuously begged me and apologizes... ask me my cloth... I ask her: how can you do that you so small she said: she doesn't like I point her she can't hold the temper... because you have a guy...

Then the officer came I was still shocked but keep myself still like normal seems fine I didn't say that much (they didn't ask me either) because I don't remember how did I fail down on floor I don't even

1

know my back pain come from... {when he(the guy first time I saw and is side of face only) walk out the room I was confused... when I'd been told arrested ... and then got inside police car I realized something wrong then I told officers that it was him beats me... you can't report}. it all come back when after midnight in jail the pain start and have hearing problem then I see my arm's marks then the memories back...back home second day with better light still can't see much because my neck can't turn that much, but found beaten black and blue and the pain still no less at May 14th I went to emergency room fortunately everything is ok... because I didn't say more things and the work have to be done got to have story that's why the officer went to them? I guess, they can makes up anything of me tale to the officer so I have to make clear the time I am there (in beginning of this page) I don't even have time/ chance/purpose to do whatever they told the officers.

Lijun Meng

2

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

STATE OF NEW YORK
COUNTY OF KINGS

THE PEOPLE OF THE STATE OF NEW YORK

v

XUE ZHENG

POLICE OFFICER FLORIN COSTE SHIELD NO.18939, OF 062 COMMAND SAYS THAT ON OR ABOUT MAY 10,2015 AT APPROXIMATELY 06:45 PM AT 240 AVENUE P COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

PL 120.00(1)          ASSAULT IN THE THIRD DEGREE (DQO)
PL 110/120.00(1)      ATTEMPTED ASSAULT IN THE THIRD DEGREE (DQO)
PL 120.15             MENACING IN THE THIRD DEGREE(DQO)
PL 240.26(1)          HARASSMENT IN THE SECOND DEGREE

IN THAT THE DEFENDANT DID:

WITH INTENT TO CAUSE PHYSICAL INJURY TO ANOTHER PERSON, CAUSE SUCH INJURY TO SUCH PERSON OR TO A THIRD PERSON; WITH INTENT TO CAUSE PHYSICAL INJURY TO ANOTHER PERSON, ATTEMPT TO CAUSE SUCH INJURY TO SUCH PERSON OR TO A THIRD PERSON; BY PHYSICAL MENACE, INTENTIONALLY PLACE OR ATTEMPT TO PLACE ANOTHER PERSON IN FEAR OF DEATH, IMMINENT SERIOUS PHYSICAL INJURY OR PHYSICAL INJURY; WITH INTENT TO HARASS, ANNOY OR ALARM ANOTHER PERSON, STRIKE, SHOVE, KICK OR OTHERWISE SUBJECT SUCH OTHER PERSON TO PHYSICAL CONTACT, OR ATTEMPT OR THREATEN TO DO THE SAME.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

DEPONENT IS INFORMED BY LIJUN MENG THAT, AT THE ABOVE TIME AND PLACE, THE DEFENDANT PULLED INFORMANT'S HAIR AND PUSHED INFORMANT TO THE GROUND, CAUSING INFORMANT TO SUSTAIN A BLOODY LIP AND REDNESS TO INFORMANT'S ARMS AND CHEST, TO SUFFER SUBSTANTIAL PAIN, TO FEAR FURTHER PHYSICAL INJURY AND TO BECOME ALARMED AND ANNOYED.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE
PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT
TO SECTION 210.45 OF THE PENAL LAW.

_____                    _____
DATE                            SIGNATURE

Exhibit 3

# NewYork-Presbyterian
The University Hospital of Columbia and Cornell
PO Box 3475 • Toledo OH 43607-0475

| 1 Patient Name | | 2 Account Number |
|---|---|---|
| MENG, LIJUN | | 2721334 - B6VLBZ |
| REF# 1506093155O | MRN# 000000 | |

| 3 Service Date(s) From / Through | 4 Statement Date | Page |
|---|---|---|
| 05/14/15 | 06/10/15 | |

| 5 If paying by CREDIT CARD, please complete this section | 6 This is the current Insurance Information on file | 7 CHECK/M.O. |
|---|---|---|
| MASTERCARD  VISA  AMEX | Please review and make corrections on the back of this form | ACCT. BALANCE |
| Card # _____ CVV __ . ____ | Insurance Name | $2,235.40 |
| Exp. Date ___ / ___ AMT Authorized $ _____ | 1. | |
| Cardholder Name _____ | 2. | AMT. ENCLOSED |
| Signature _____ | 3. | |

001053
0101

**8**
LIJUN MENG
240 AVENUE P
BROOKLYN, NY 11204-4934

**9**
NEW YORK COMMUNITY HOSPITAL
PO BOX 9140
NEW YORK, NY 10087-9140

1506093155000002235400D3

**PLEASE RETURN TOP PORTION WITH PAYMENT**

| 10 Account Number | 11 Patient Name | | 12 Service Date(s) | 13 Statement Dt | Page |
|---|---|---|---|---|---|
| 2721334 - B6VLBZ | MENG, LIJUN | | 05/14/15 | 06/10/15 | 1 |

| 14 Date(s) | 15 Description | 16 Charges | 17 Payments/Adj's |
|---|---|---|---|
| 05/14/15 | Laboratory Services | 129.80 | |
| | Radiology - Neuro | 1,228.88 | |
| | Cardiology Services | 168.92 | |
| | Radiology - General | 512.64 | |
| | Ny State Surcharge | | 198.36 |



| | Column Totals: | 2,039.04 | 198.36 |
|---|---|---|---|

For questions about your bill call 1-866-252-0101

Visit Us at http://www.nych.com

| 18 | Account Balance: | $2,235.40 |
|---|---|---|

*IF YOU ARE EXPERIENCING FINANCIAL HARDSHIP AND ARE UNABLE TO PAY THIS BILL, CHARITY CARE/FINANCIAL AID MAY BE AVAILABLE IF YOU QUALIFY. PLEASE CONTACT US AT 866-252-0101 TO OBTAIN INFORMATION ABOUT CHARITY CARE/FINANCIAL AID AND HOW TO APPLY FOR IT.*

*IF YOU DO NOT SUBMIT A COMPLETED APPLICATION FOR CHARITY CARE/FINANCIAL AID AND YOUR ACCOUNT FOR HOSPITAL SERVICES RENDERED REMAINS OUTSTANDING FOR AT LEAST FORTY-FIVE (45) DAYS, WE MAY OBTAIN REPORTS FROM CREDIT OR SPECIALTY REPORTING AGENCIES TO ASSIST IN DETERMINING YOUR ELIGIBILITY FOR CHARITY CARE/FINANCIAL AID.*

*THIS STATEMENT IS FOR HOSPITAL SERVICES ONLY. YOU MAY RECEIVE SEPARATE STATEMENTS FOR PHYSICIAN SERVICES.*

**THE AMOUNT SHOWN REPRESENTS YOUR ACCOUNT BALANCE FOR SERVICES RENDERED. IF YOU HAVE ANY QUESTIONS OR ADDITIONAL INSURANCE INFORMATION, PLEASE CONTACT OUR REPRESENTATIVE AT THE NUMBER LISTED ABOVE.**

2812-NYPSTM2-2709496-1956300658-P; 12459917-2-399; 36178761-1; 1

MAKE CHECKS PAYABLE TO:

**HIGHWAY RADIOLOGY LLP**
30 MONTGOMERY ST SUITE 720
JERSEY CITY, NJ 07302-3841



| IF PAYING BY CREDIT CARD, COMPLETE ALL REQUESTED INFORMATION BELOW. |
|---|
| **THIS FACILITY DOES NOT ACCEPT CREDIT CARDS.** |

| CARD NUMBER | V-CODE | AMOUNT |
|---|---|---|
| ( ) | | |
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO |
|---|---|---|
| 06/05/15 | 209.00 | 06C1365719 |



C08938
0101

**RETURN SERVICE REQUESTED**

Patient: LIJUN MENG

| IF PAYING BY CREDIT CARD, PLEASE INCLUDE THE EXPIRATION DATE AND THE LAST 3 DIGITS OF THE CARD NUMBER (V-CODE) FROM THE SIGNATURE STRIP ON THE BACK OF THE CARD. | SHOW AMOUNT PAID HERE | $ |
|---|---|---|

26 01

LIJUN MENG
240 AVENUE P
BROOKLYN, NY 11204-4934

HIGHWAY RADIOLOGY LLP
30 MONTGOMERY ST SUITE 720
JERSEY CITY, NJ 07302-3834

---

☐ Please check box if above address or insurance information is incorrect, and indicate change(s) on reverse side.

**STATEMENT**

Please detach at perf and return top portion with your payment.

| DATE OF SERVICE | PROVIDER | DESCRIPTION | CHARGE | PAYMENTS AND ADJUSTMENTS | BALANCE |
|---|---|---|---|---|---|
| 05/15/15 | ROSENTHAL | INVOICE #: 4563212<br>70450  CMPT TOMOGRPH HEAD/BRAIN;<br>INVOICE BALANCE: | 209.00 | | 209.00 |

This bill is for physician charges from Highway Radiology- Community Hospital in Brooklyn.

| BILLING QUESTIONS:   212-563-2627 | | TOTAL CHARGES | TOTAL PYMT/ADJ | PATIENT DUE |
|---|---|---|---|---|
| BILLING OFFICE HOURS: Mon-Fri 8am - 5pm<br>Acct#: 06C1365719  Stmt Dt: 06/05/15 | | 209.00 | 0.00 | 209.00 |

| MAKE CHECKS PAYABLE TO:  HIGHWAY RADIOLOGY LLP |
|---|

| MESSAGES |
|---|
| Thank you for choosing our organization for your healthcare needs. Please pay the amount shown above. |

MAKE CHECKS PAYABLE TO:

IF PAYING BY CREDIT CARD, COMPLETE ALL REQUESTED INFORMATION BELOW.

**THIS FACILITY DOES NOT ACCEPT CREDIT CARDS.**

HIGHWAY RADIOLOGY LLP
30 MONTGOMERY ST SUITE 720
JERSEY CITY, NJ 07302-3841



| CARD NUMBER | V-CODE | AMOUNT |
|---|---|---|
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 08/07/15 | 306.00 | 06C1365719 |

**RETURN SERVICE REQUESTED**

004188
0101

Patient: LIJUN MENG

IF PAYING BY CREDIT CARD, PLEASE INCLUDE THE EXPIRATION DATE AND THE LAST 3 DIGITS OF THE CARD NUMBER (V-CODE) FROM THE SIGNATURE STRIP ON THE BACK OF THE CARD.

SHOW AMOUNT PAID HERE    $

28 01
LIJUN MENG
240 AVENUE P
BROOKLYN, NY 11204-4934

HIGHWAY RADIOLOGY LLP
30 MONTGOMERY ST SUITE 720
JERSEY CITY, NJ 07302-3834

☐ Please check box if above address or insurance information is incorrect, and indicate change(s) on reverse side.

**STATEMENT**

Please detach at perf and return top portion with your payment

| DATE OF SERVICE | PROVIDER | DESCRIPTION | CHARGE | PAYMENTS AND ADJUSTMENTS | BALANCE |
|---|---|---|---|---|---|
| 05/15/15 | ROSENTHAL | INVOICE #: 4563212<br>70450  CMPT TOMOGRPH HEAD/BRAIN;<br>INVOICE BALANCE: | 209.00 | | 209.00 |
| 05/14/15<br>05/14/15 | ROSENTHAL<br>ROSENTHAL | INVOICE #: 4609623<br>72170  RADEX PELVIS 1/2 VIEWS<br>71020  RADEX CH 2 VIEWS FRNT&LAT<br>INVOICE BALANCE: | 43.00<br>54.00 | | 97.00 |

This bill is for physician charges from Highway Radiology- Community Hospital in Brooklyn.

| | | TOTAL CHARGES | TOTAL PYMT/ADJ | PATIENT DUE |
|---|---|---|---|---|
| BILLING QUESTIONS:   212-563-2627 | | | | |
| BILLING OFFICE HOURS: Mon-Fri 8am - 5pm<br>Acct#: 06C1365719  Stmt Dt: 08/07/15 | | 306.00 | 0.00 | 306.00 |

MAKE CHECKS PAYABLE TO:  HIGHWAY RADIOLOGY LLP

**MESSAGES**

This is your third statement and the balance has not been paid in full. Please send full payment today or contact our office immediately to establish a payment arrangement. Thank you.

**NewYork-Presbyterian**
The University Hospital of Columbia and Cornell
PO Box 3475 • Toledo OH 43607-0475

| 1 Patient Name | | 2 Account Number |
|---|---|---|
| MENG, LIJUN | | 2721334 - B6VLBZ |
| REF# 150705917 9O | MRN# 000000 | |

| 3 Service Date(s) From / Through | 4 Statement Date | Page |
|---|---|---|
| 05/14/15 | 07/08/15 | |

**5 If paying by CREDIT CARD, please complete this section**

☐ MASTERCARD   ☐ VISA   ☐ AMEX

Card # _____ CVV _____

Exp. Date _____ / _____ AMT Authorized $ _____

Cardholder Name _____

Signature _____

000098
0101

**6 This is the current insurance information on file**
Please review and make corrections on the back of this form
Insurance Name

1.
2.
3.

| 7 CHECK/M.O. |
|---|
| ACCT. BALANCE |
| $ $2,931.33 |
| AMT. ENCLOSED |
| $ |
| 633525A (PC1) |

**8** LIJUN MENG
240 AVENUE P
BROOKLYN, NY 11204-4934

**9** NEW YORK COMMUNITY HOSPITAL
PO BOX 9140
NEW YORK, NY 10087-9140

15070591790000029313300D9

**PLEASE RETURN TOP PORTION WITH PAYMENT**

| 10 Account Number | 11 Patient Name | 12 Service Date(s) | 13 Statement D | Page |
|---|---|---|---|---|
| 2721334 - B6VLBZ | MENG, LIJUN | 05/14/15 | 07/08/15 | 1 |

| 14 Date(s) | 15 Description | 16 Charges | 17 Payments/Adj's |
|---|---|---|---|
| 05/14/15 | Laboratory Services | 129.80 | |
| | Radiology - Neuro | 1,228.88 | |
| | Cardiology Services | 169.92 | |
| | Radiology - General | 512.84 | |
| | Emergency Room Services | 634.80 | |
| | Ny State Surcharge | | 257.49 |



For questions about your bill call 1-866-252-0101

| Column Totals: | 2,673.84 | 257.49 |
|---|---|---|

Visit Us at http://www.nych.com

| 18 Account Balance: | $2,931.33 |
|---|---|

IF YOU ARE EXPERIENCING FINANCIAL HARDSHIP AND ARE UNABLE TO PAY THIS BILL, CHARITY CARE/FINANCIAL AID MAY BE AVAILABLE IF YOU QUALIFY. PLEASE CONTACT US AT 866-252-0101 TO OBTAIN INFORMATION ABOUT CHARITY CARE/FINANCIAL AID AND HOW TO APPLY FOR IT.

IF YOU DO NOT SUBMIT A COMPLETED APPLICATION FOR CHARITY CARE/FINANCIAL AID AND YOUR ACCOUNT FOR HOSPITAL SERVICES RENDERED REMAINS OUTSTANDING FOR AT LEAST FORTY-FIVE (45) DAYS, WE MAY OBTAIN REPORTS FROM CREDIT OR SPECIALTY REPORTING AGENCIES TO ASSIST IN DETERMINING YOUR ELIGIBILITY FOR CHARITY CARE/FINANCIAL AID.

THIS STATEMENT IS FOR HOSPITAL SERVICES ONLY. YOU MAY RECEIVE SEPARATE STATEMENTS FOR PHYSICIAN SERVICES.

THE AMOUNT SHOWN REPRESENTS YOUR ACCOUNT BALANCE FOR SERVICES RENDERED. IF YOU HAVE ANY QUESTIONS OR ADDITIONAL INSURANCE INFORMATION, PLEASE CONTACT OUR REPRESENTATIVE AT THE NUMBER LISTED ABOVE.

2812-NYPSTM2-2753338-1975276530-P; 12668921-2-212; 36301752-1; 1

NEW YORK COMMUNITY HOSPITAL OF BROOKLYN
EMPLOYED
PO BOX 30232
NEW YORK, NY 10087-0232



LIJUN MENG
240 AVENUE P
BROOKLYN NY 11204-4934

 Online
www.ezmedinfo.com/nyc1

 Automated Attendant
844.425.7072 (24 hours a day)

For Payments Please Call: 844.537.3909  For Billing Questions Please Call: 844.425.7072

| Account Number | Amount Due | Statement Date | Date Due |
|---|---|---|---|
| 62402-QNYC1 | $672.00 | 06/24/15 | Upon Receipt |

## STATEMENT

### Account Summary

| | |
|---|---|
| Account Number | 62402-QNYC1 |
| Patient Payments in Last 30 Days | 0.00 |
| Current Statement Balance | 672.00 |
| Charges Pending w/ Insurance | 0.00 |
| Total Account Balance | 672.00 |
| See Detail on Back | |

### Insurance Information

PLEASE CONFIRM THAT INFORMATION IS CORRECT
TO UPDATE GO TO www.ezmedinfo.com/nyc1

**PRIMARY**

Insurance

Group/Plan

ID Number

**SECONDARY**

Insurance

Address

City/State/Zip

Group/Plan

ID Number

## New & Improved Online Experience

# Go Green



www.ezmedinfo.com/nyc1

## Pay Online | Update Info

Gain the power to pay your bill or update your information at your convenience 24 hours a day. This not only benefits the environment it benefits you and your time!

### About Your Statement

Our records indicate there is still an outstanding balance on this account. You may make a payment online. If you have insurance and your statement does not reflect your insurance information or that the claim has been filed please go online and make sure we have your correct insurance information. You can also call our automated phone system 24 hours a day at the number listed above to make a payment or update your insurance. Thank you!

**See Statement Details on Back** ➡

110637-34

---

NEW YORK COMMUNITY HOSPITAL OF BROOKLYN
EMPLOYED
PO BOX 30232
NEW YORK, NY 10087-0232

**Patient Name: LIJUN MENG**
**Invoice Number: 216728**
**Billing Questions: 1.844.425.7072**

LIJUN MENG
240 AVENUE P
BROOKLYN NY 11204-4934

119637-34

## Amount Due!

| STATEMENT DATE | AMOUNT DUE | ACCOUNT NO. |
|---|---|---|
| 06/24/15 | $672.00 | 62402-QNYC1 |

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.

SHOW AMOUNT PAID HERE $

■■ MAKE CHECKS PAYABLE / REMIT TO: ■■



NEW YORK COMMUNITY HOSPITAL OF BROOKLYN
EMPLOYED
PO BOX 30232
NEW YORK, NY 10087-0232

002167280006720000000062402NYC13

**Pay Online: www.ezmedinfo.com/nyc1**

101955

# NewYork-Presbyterian
The University Hospital of Columbia and Cornell
PO Box 3475 • Toledo OH 43607-0475

| 1 Patient Name | | 2 Account Number |
|---|---|---|
| MENG, LIJUN | | 2721334 - B6VLBZ |
| REF# 1507059179O | MRN# 000000 | |

| 3 Service Date(s) From / Through | 4 Statement Date | Page |
|---|---|---|
| 05/14/15 | 07/29/15 | |

**5 If paying by CREDIT CARD, please complete this section**

☐ MASTERCARD ☐ VISA ☐ AMEX

Card # _____ CVV _____
Exp. Date ___ / ___ AMT Authorized $ _____
Cardholder Name _____
Signature _____

**6** This is the current insurance information on file
Please review and make corrections on the back of this form
Insurance Name

1.
2.
3.

**7 CHECK/M.O.**

ACCT. BALANCE
$ **$2,931.33**

AMT. ENCLOSED

007493
0101

**8** LIJUN MENG
240 AVENUE P
BROOKLYN, NY 11204-4934

**9** NEW YORK COMMUNITY HOSPITAL
PO BOX 9140
NEW YORK, NY 10087-9140

1507059179000002931330D9

**PLEASE RETURN TOP PORTION WITH PAYMENT**

| 10 Account Number | 11 Patient Name | 12 Service Date(s) | 13 Statement Dt | Page |
|---|---|---|---|---|
| 2721334 - B6VLBZ | MENG, LIJUN | 05/14/15 | 07/29/15 | 1 |

| 14 Date(s) | 15 Description | 16 Charges | 17 Payments/Adjs |
|---|---|---|---|
| 05/14/15 | Laboratory Services | 128.60 | |
| | Radiology - Neuro | 1,226.88 | |
| | Cardiology Services | 169.92 | |
| | Radiology - General | 512.64 | |
| | Emergency Room Services | 634.80 | |
| | Ny State Surcharge | | 257.49 |

For questions about your bill call: 1-866-252-0101

| Column Totals: | 2,673.84 | 257.49 |
|---|---|---|

Visit Us at http://www.nych.com

| 18 | Account Balance: | $2,931.33 |
|---|---|---|

*IF YOU ARE EXPERIENCING FINANCIAL HARDSHIP AND ARE UNABLE TO PAY THIS BILL, CHARITY CARE/FINANCIAL AID MAY BE AVAILABLE IF YOU QUALIFY. PLEASE CONTACT US AT 866-252-0101 TO OBTAIN INFORMATION ABOUT CHARITY CARE/FINANCIAL AID AND HOW TO APPLY FOR IT.*

*IF YOU DO NOT SUBMIT A COMPLETED APPLICATION FOR CHARITY CARE/FINANCIAL AID AND YOUR ACCOUNT FOR HOSPITAL SERVICES RENDERED REMAINS OUTSTANDING FOR AT LEAST FORTY-FIVE (45) DAYS, WE MAY OBTAIN REPORTS FROM CREDIT OR SPECIALTY REPORTING AGENCIES TO ASSIST IN DETERMINING YOUR ELIGIBILITY FOR CHARITY CARE/FINANCIAL AID.*

*THIS STATEMENT IS FOR HOSPITAL SERVICES ONLY. YOU MAY RECEIVE SEPARATE STATEMENTS FOR PHYSICIAN SERVICES.*

THE AMOUNT SHOWN REPRESENTS YOUR ACCOUNT BALANCE FOR SERVICES RENDERED. IF YOU HAVE ANY QUESTIONS OR ADDITIONAL INSURANCE INFORMATION, PLEASE CONTACT OUR REPRESENTATIVE AT THE NUMBER LISTED ABOVE.

2812-NYPSTM2-2779057-1997890477-P; 12888012-2-18; 36386090-1; 1

# NewYork-Presbyterian
The University Hospital of Columbia and Cornell
PO Box 3475 • Toledo OH 43607-0475

| 1 Patient Name | | 2 Account Number |
|---|---|---|
| MENG, LIJUN | | 2721334 - B6VLBZ |
| REF# 15060931550 | MRN# 000000 | |

| 3 Service Date(s) From / Through | 4 Statement Date | Page |
|---|---|---|
| 05/14/15 | 07/01/15 | |

**5** If paying by CREDIT CARD, please complete this section

☐ MASTERCARD   ☐ VISA   ☐ AMEX

Card # _____  CVV _____

Exp. Date _____ / _____  AMT Authorized $ _____

Cardholder Name _____

Signature _____

003327
0101

**6** This is the current insurance information on file

Please review and make corrections on the back of this form
Insurance Name

1.
2.
3.

| 7 CHECK/M.O. |
|---|
| ACCT. BALANCE |
| $ $2,235.40 |
| AMT. ENCLOSED |
| $ |

**8**
LIJUN MENG
240 AVENUE P
BROOKLYN, NY 11204-4934

**9**
NEW YORK COMMUNITY HOSPITAL
PO BOX 9140
NEW YORK, NY 10087-9140

1506093155000002235400D3

### PLEASE RETURN TOP PORTION WITH PAYMENT

| 10 Account Number | 11 Patient Name | 12 Service Date(s) | 13 Statement Dt | Page |
|---|---|---|---|---|
| 2721334 - B6VLBZ | MENG, LIJUN | 05/14/15 | 07/01/15 | 1 |

| 14 Date(s) | 15 Description | 16 Charges | 17 Payments/Adjs |
|---|---|---|---|
| 05/14/15 | Laboratory Services | 129.60 | |
| | Radiology - Neuro | 1,226.88 | |
| | Cardiology Services | 169.92 | |
| | Radiology - General | 512.64 | |
| | Ny State Surcharge | | 196.36 |

**NewYork-Presbyterian**
The University Hospital of Columbia and Cornell

For questions about your bill call: 1-866-252-0101

| Column Totals: | 2,039.04 | 196.36 |
|---|---|---|

Visit Us at http://www.nych.com

| 18 Account Balance: | $2,235.40 |
|---|---|

*IF YOU ARE EXPERIENCING FINANCIAL HARDSHIP AND ARE UNABLE TO PAY THIS BILL, CHARITY CARE/FINANCIAL AID MAY BE AVAILABLE IF YOU QUALIFY. PLEASE CONTACT US AT 866-252-0101 TO OBTAIN INFORMATION ABOUT CHARITY CARE/FINANCIAL AID AND HOW TO APPLY FOR IT.*

*IF YOU DO NOT SUBMIT A COMPLETED APPLICATION FOR CHARITY CARE/FINANCIAL AID AND YOUR ACCOUNT FOR HOSPITAL SERVICES RENDERED REMAINS OUTSTANDING FOR AT LEAST FORTY-FIVE (45) DAYS, WE MAY OBTAIN REPORTS FROM CREDIT OR SPECIALTY REPORTING AGENCIES TO ASSIST IN DETERMINING YOUR ELIGIBILITY FOR CHARITY CARE/FINANCIAL AID.*

*THIS STATEMENT IS FOR HOSPITAL SERVICES ONLY. YOU MAY RECEIVE SEPARATE STATEMENTS FOR PHYSICIAN SERVICES.*

THE AMOUNT SHOWN REPRESENTS YOUR ACCOUNT BALANCE FOR SERVICES RENDERED. IF YOU HAVE ANY QUESTIONS OR ADDITIONAL INSURANCE INFORMATION, PLEASE CONTACT OUR REPRESENTATIVE AT THE NUMBER LISTED ABOVE.

2812-NYPSTM2-2746647-1971391396-P; 12628851-1-2125; 36277021-1; 1

# NewYork-Presbyterian
The University Hospital of Columbia and Cornell
PO Box 3475 • Toledo OH 43607-0475

| 1 Patient Name | 2 Account Number |
|---|---|
| MENG, LIJUN | 2721334 - B6VLBZ |
| REF# 1506103577O | MRN# 000000 |

| 3 Service Date(s) From / Through | 4 Statement Date | Page |
|---|---|---|
| 05/14/15 | 07/01/15 | |

**5** If paying by CREDIT CARD, please complete this section
☐ MASTERCARD  ☐ VISA  ☐ AMEX
Card # _____ CVV _____
Exp. Date ___ / ___  AMT Authorized $ _____
Cardholder Name _____
Signature _____

**6** This is the current insurance information on file
Please review and make corrections on the back of this form
Insurance Name
1.
2.
3.

**7** CHECK/M.O.
ACCT. BALANCE
$ **$695.93**
AMT. ENCLOSED
$

**8**
LIJUN MENG
240 AVENUE P
BROOKLYN, NY 11204-4934

**9**
NEW YORK COMMUNITY HOSPITAL
PO BOX 9140
NEW YORK, NY 10087-9140

1506103577O000000695930D1

**PLEASE RETURN TOP PORTION WITH PAYMENT**

| 10 Account Number | 11 Patient Name | 12 Service Date(s) | 13 Statement Dt | Page |
|---|---|---|---|---|
| 2721334 - B6VLBZ | MENG, LIJUN | 05/14/15 | 07/01/15 | 1 |

| 14 Date(s) | 15 Description | 16 Charges | 17 Payments/Adj's |
|---|---|---|---|
| 05/14/15 | Emergency Room Services | 634.80 | 61.13 |
| | Ny State Surcharge | | |



For questions about your bill call: 1-866-252-0101

| Column Totals: | 634.80 | 61.13 |
|---|---|---|

Visit Us at http://www.nych.com

**18** Account Balance: **$695.93**

IF YOU ARE EXPERIENCING FINANCIAL HARDSHIP AND ARE UNABLE TO PAY THIS BILL, CHARITY CARE/FINANCIAL AID MAY BE AVAILABLE IF YOU QUALIFY. PLEASE CONTACT US AT 866-252-0101 TO OBTAIN INFORMATION ABOUT CHARITY CARE/FINANCIAL AID AND HOW TO APPLY FOR IT.
IF YOU DO NOT SUBMIT A COMPLETED APPLICATION FOR CHARITY CARE/FINANCIAL AID AND YOUR ACCOUNT FOR HOSPITAL SERVICES RENDERED REMAINS OUTSTANDING FOR AT LEAST FORTY-FIVE (45) DAYS, WE MAY OBTAIN REPORTS FROM CREDIT OR SPECIALTY REPORTING AGENCIES TO ASSIST IN DETERMINING YOUR ELIGIBILITY FOR CHARITY CARE/FINANCIAL AID.
THIS STATEMENT IS FOR HOSPITAL SERVICES ONLY. YOU MAY RECEIVE SEPARATE STATEMENTS FOR PHYSICIAN SERVICES.

THE AMOUNT SHOWN REPRESENTS YOUR ACCOUNT BALANCE FOR SERVICES RENDERED. IF YOU HAVE ANY QUESTIONS OR ADDITIONAL INSURANCE INFORMATION, PLEASE CONTACT OUR REPRESENTATIVE AT THE NUMBER LISTED ABOVE.

2812-NYPSTM2-2746647-1971391397-P; 12628851-1-2126; 36277021-1; 1

| 1 Patient Name | | |
|---|---|---|
| MENG, LIJUN | | 273133 |

| 2 Service Date(s) From/Through | 3 Statement Date | Page |
|---|---|---|
| 05/14/15-05/14/15 | 07/21/15 | 1 |

| 4 This is the current insurance information on file | 5 If paying by CREDIT CARD, please complete this section | 6 CHECK/M.O. |
|---|---|---|

*Please review and make corrections on the back of this form*

| Insurance Name | Policy # |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

Card # _____

Exp Date____/____  AMT AUTHORIZED $_____.____

Signature _____

**AMOUNT ENCLOSED**

$_____.____

7

MENG, LIJUN
240  AVE P

BROOKLYN NY 11229

8

NEW YORK COMMUNITY HOSPITAL
P.O. BOX 9140 GPO
NEW YORK NY 10087-9140

| 9 Account Number | 10 Previous Balance | 11 Charges | 12 Est Ins Coverage | 13 Payments/Adj's | 14 Amt Due from Patient |
|---|---|---|---|---|---|
| 1507059179 | .00 | 2673.84 | .00 | 257.49 | 2931.33 |

*To ensure proper credit to your account, detach top section and return with your payment*

| 15 Account Number | 16 Patient Name | 17 Service Date(s) | 18 Statement Dt | Page |
|---|---|---|---|---|
| 1507059179 | MENG, LIJUN | 05/14/15-05/14/15 | 07/21/15 | 1 |

| 19 Date(s) | 20 Description | 21 Charges | 22 Est Ins Coverage | 23 Payments/Adj's |
|---|---|---|---|---|
| REG B6VLBZREG:05/14/15   SER#:415226867 | | | | |
| | | | | |
| 1507059179DEMERG   EMERGENCY DEPARTMENT  DEM004 | | | | |
| | PHYS: KIM, ANTHONY DO | | | |
| 07/06/15 | ANCILLARY CHARGES | 2673.84 | | |
| 07/06/15 | BILLED    2673.84   TO   SELF-PAY | | | |
| 07/06/15 | NYS 9.63% SURCHARGE -   SELF-PAY | | | 257.49 |

| 24 Previous Balance | Column Totals | | | |
|---|---|---|---|---|
| .00 | 2673.84 | .00 | 257.49 | |
| | 25 Amount Due from Patient | | | 2931.33 |

FINANCIAL COUNSELOR
NEW YORK COMMUNITY HOSPITAL
P.O. BOX 9140 GPO
NEW YORK NY 10087-9140

1-866-252-0101
111986351

NYCH-3 (7/01)          *See reverse side for explanation of statement and important information on your patient rights*

# NewYork-Presbyterian
The University Hospital of Columbia and Cornell
PO Box 3475 • Toledo OH 43607-0475

001054
0101

| 1 Patient Name | 2 Account Number |
|---|---|
| MENG, LIJUN | 2721334 - B6VLBZ |
| REF# 1506103577O | MRN# 000000 |

| 3 Service Date(s) From / Through | 4 Statement Date | Page |
|---|---|---|
| 05/14/15 | 06/10/15 | |

| 5 If paying by CREDIT CARD, please complete this section | 6 This is the current insurance information on file | 7 CHECK/M.O. |
|---|---|---|
| ☐ MASTERCARD   ☐ VISA   ☐ AMEX | Please review and make corrections on the back of this form | ACCT. BALANCE |
| Card #_____ CVV___ | Insurance Name | $ 695.93 |
| Exp. Date ___/___ AMT Authorized $_____ | 1. | |
| Cardholder Name_____ | 2. | AMT. ENCLOSED |
| Signature_____ | 3. | $ |

| 8 | LIJUN MENG |
|---|---|
| | 240 AVENUE P |
| | BROOKLYN, NY 11204-4934 |

| 9 | NEW YORK COMMUNITY HOSPITAL |
|---|---|
| | PO BOX 9140 |
| | NEW YORK, NY 10087-9140 |

1506103577700000069593001

### PLEASE RETURN TOP PORTION WITH PAYMENT

| 10 Account Number | 11 Patient Name | 12 Service Date(s) | 13 Statement Dt | Page |
|---|---|---|---|---|
| 2721334 - B6VLBZ | MENG, LIJUN | 05/14/15 | 06/10/15 | 1 |

| 14 Date(s) | 15 Description | 16 Charges | 17 Payments/Adj's |
|---|---|---|---|
| 05/14/15 | Emergency Room Services | 634.80 | |
| | Ny State Surcharge | | 61.13 |

# NewYork-Presbyterian
## The University Hospital of Columbia and Cornell

| For questions about your bill call: 1-866-252-0101 | Column Totals: | 634.80 | 61.13 |
|---|---|---|---|

| Visit Us at http://www.nych.com | 18 Account Balance: | $695.93 |
|---|---|---|

IF YOU ARE EXPERIENCING FINANCIAL HARDSHIP AND ARE UNABLE TO PAY THIS BILL, CHARITY CARE/FINANCIAL AID MAY BE
AVAILABLE IF YOU QUALIFY. PLEASE CONTACT US AT 866-252-0101 TO OBTAIN INFORMATION ABOUT CHARITY CARE/FINANCIAL AID AND
HOW TO APPLY FOR IT.

IF YOU DO NOT SUBMIT A COMPLETED APPLICATION FOR CHARITY CARE/FINANCIAL AID AND YOUR ACCOUNT FOR HOSPITAL SERVICES
RENDERED REMAINS OUTSTANDING FOR AT LEAST FORTY-FIVE (45) DAYS, WE MAY OBTAIN REPORTS FROM CREDIT OR SPECIALTY REPORTING
AGENCIES TO ASSIST IN DETERMINING YOUR ELIGIBILITY FOR CHARITY CARE/FINANCIAL AID.
THIS STATEMENT IS FOR HOSPITAL SERVICES ONLY. YOU MAY RECEIVE SEPARATE STATEMENTS FOR PHYSICIAN SERVICES.

THE AMOUNT SHOWN REPRESENTS YOUR ACCOUNT BALANCE FOR SERVICES RENDERED. IF YOU HAVE ANY QUESTIONS OR ADDITIONAL INSURANCE
INFORMATION, PLEASE CONTACT OUR REPRESENTATIVE AT THE NUMBER LISTED ABOVE.

2812-NYPSTM2-2709496-1956300659-P; 12459917-2-400; 36178761-1; 1

MAKE CHECKS PAYABLE TO:



**HIGHWAY RADIOLOGY LLP**
30 MONTGOMERY ST SUITE 720
JERSEY CITY, NJ 07302-3841



**RETURN SERVICE REQUESTED**

005568
0101

Patient: LIJUN MENG

| IF PAYING BY CREDIT CARD, COMPLETE ALL REQUESTED INFORMATION BELOW. |
|---|
| THIS FACILITY DOES NOT ACCEPT CREDIT CARDS. |

| CARD NUMBER | V-CODE | AMOUNT |
|---|---|---|
| | ( ) | |
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 07/06/15 | 306.00 | 08C1365719 |

IF PAYING BY CREDIT CARD, PLEASE INCLUDE THE EXPIRATION DATE AND THE LAST 3 DIGITS OF THE CARD NUMBER (V-CODE) FROM THE SIGNATURE STRIP ON THE BACK OF THE CARD.

SHOW AMOUNT PAID HERE $

2001
LIJUN MENG
240 AVENUE P
BROOKLYN, NY 11204-4934

**HIGHWAY RADIOLOGY LLP**
30 MONTGOMERY ST SUITE 720
JERSEY CITY, NJ 07302-3834

☐ Please check box if above address or insurance information is incorrect, and indicate change(s) on reverse side.

**STATEMENT**

Please detach at perf and return top portion with your payment.

| DATE OF SERVICE | PROVIDER | DESCRIPTION | CHARGE | PAYMENTS AND ADJUSTMENTS | BALANCE |
|---|---|---|---|---|---|
| 05/15/15 | ROSENTHAL | INVOICE #: 4563212<br>70450  CMPT TOMOGRPH HEAD/BRAIN;<br>INVOICE BALANCE: | 209.00 | | 209.00 |
| 05/14/15<br>05/14/15 | ROSENTHAL<br>ROSENTHAL | INVOICE #: 4609623<br>72170  RADEX PELVIS 1/2 VIEWS<br>71020  RADEX CH 2 VIEWS FRNT&LAT<br>INVOICE BALANCE: | 43.00<br>54.00 | | 97.00 |

This bill is for physician charges from Highway Radiology- Community Hospital in Brooklyn.

| BILLING QUESTIONS:  212-563-2627 | TOTAL CHARGES | TOTAL PYMT/ADJ | PATIENT DUE |
|---|---|---|---|
| BILLING OFFICE HOURS: Mon-Fri 8am - 5pm<br>Acct#: 06C1365719  Stmt Dt: 07/06/15 | 306.00 | 0.00 | 306.00 |

MAKE CHECKS PAYABLE TO:  **HIGHWAY RADIOLOGY LLP**

| MESSAGES |
|---|
| A portion of your account balance is past due. Please remit payment or contact our business office to establish a payment arrangement. Thank you. |