UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

LIJUN MENG,                                                    **NOTICE OF MOTION**

                       Plaintiff,

       -against-                            16 CV 1703 (LDH) (JO)

SERGEANT ALEXANDR MONTERO,
OFFICER ELIAS KHAN, FLORIN COSTE,
OFFICER LINDA BUCHELLI,

                      Defendants.

----------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that upon the Local Civil Rule 56.1 Statement, dated June 23, 2017; the Declaration of Assistant Corporation Counsel Kaitlin Fitzgibbon, dated June 23, 2017, and the exhibits annexed thereto; the accompanying Motion for a Pre-Motion Conference, dated June 23, 2017, and upon all prior pleadings and proceedings had herein, defendants Alexandr Montero, Florin Coste, Linda Buchelli and Elias Khan will move this Court before the Honorable LaShann DeArcy Hall, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at a time that the Court finds convenient, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there are no material issues of fact in dispute that warrant a trial, and that the defendants are entitled to judgment as a matter of law as to all of plaintiff's claims, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order of the Honorable LaShann DeArcy Hall, dated September 27, 2017, supplemental opposition papers, if any, shall be served on or before October 25, 2017.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order of the Honorable LaShann DeArcy Hall, dated September 27, 2017, defendants' notice of motion for summary judgment, shall be filed no later than November 1, 2017.

Dated: New York, New York
       November 1, 2017

ZACHARY W. CARTER
Corporation Counsel of the City of
  New York
*Attorney for Defendants Coste, Montero,*
  *Buchelli and Khan*
100 Church Street, Room 3-204
New York, New York 10007
(212) 356-5055

By:         /s/

      Kaitlin Fitzgibbon
      *Assistant Corporation Counsel*

cc:   **BY FIRST CLASS MAIL AND ECF**
     Lijun Meng
     112 Bowery #1745
     New York, NY 10013